# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Michelle A. Lewis                               Docket No. 01-00288-001

### Petition on Supervised Release

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michelle A. Lewis, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 11th day of October 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $200 special assessment.
- The defendant shall pay restitution to GMS Corporation in the amount of $274,918.78 at a rate of at least 10 percent of her gross monthly income, or in any event, a nominal amount of not less than $10 per month.
- The defendant shall provide requested financial information to the probation officer.
- The defendant is prohibited from incurring new credit charges or opening additional lines of credit without prior approval unless in compliance with the payment schedule.
- The defendant shall make arrangements with the IRS for payment of back taxes, penalties, and interest.
- The defendant shall timely file federal income tax returns.

<u>10-11-02</u>:    Bank Fraud and Making and Subscribing to a False Income Tax Return; 5 months' imprisonment, followed by 3 years' supervised release.

<u>08-06-04</u>:    Released from imprisonment; Currently supervised by U.S. Probation Officer Romona Clark.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

      Your Petitioner reports that the defendant has paid a total of $4,836.65 towards restitution. The current balance is $270,082.13. The defendant understands that payments must continue until the balance is paid in full. The maximum case expiration date is August 5, 2007. It appears appropriate to permit the case to close with an outstanding balance.

U.S.A. vs. Michelle A. Lewis
Docket No. 01-00288-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 01-00288-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __19th__ day of __June__, 20_07_ and ordered filed and made a part of the records in the above case. | Executed on   June 12, 2007 |
| _____<br>Gary L. Lancaster<br>U.S. District Judge | _____<br>Romona Clark<br>U.S. Probation Officer |
| | _____<br>Paul J. Dippolito<br>Supervising U.S. Probation Officer |
| | Place:   Pittsburgh, Pennsylvania |